UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN CERRELLA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HARLEY G. LAPPIN, )<br>)<br>Defendant. )<br>) | ECF<br><br>Civil Action No.: 06-438 (RBW) |

### ORDER

On March 9, 2006, the petitioner filed a Petition for Writ of Habeas Corpus and/or Declaratory Judgment with Incorporated Memorandum of Law. Accordingly, it is hereby this 14th day of June, 2006,

**ORDERED** that the government shall respond to the petition by July 7, 2006.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge