UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHN CERRELLA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.: 06-438 (RBW) |
| HARLEY G. LAPPIN, | ) ) ) | |
| Defendant. | ) ) ) | |

## ORDER

On March 9, 2006, the petitioner filed a Petition for Writ of Habeas Corpus and/or Declaratory Judgment with Incorporated Memorandum of Law. In response, the respondent filed a Motion to Transfer. Accordingly, it is hereby this 29th day of June, 2006,

**ORDERED** that the petitioner shall file an opposition to this motion by July 21, 2006. If petitioner neither responds nor moves for an extension of time by that date, the Court may treat the motion as conceded and transfer the case as requested.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge